UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            :        CHAPTER 13
    ROBERT A. LaROSA          :
        Debtor               :        NO.  19-11386 elf

## CERTIFICATE OF NO RESPONSE

I, Jeffrey C. McCullough, attorney for Debtor, hereby certify that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of March 26, 2019, regarding the Debtor's Motion To Extend the Automatic Stay.

    /s/Jeffrey C. McCullough
Jeffrey C. McCullough, Esquire
Attorney for Debtor
16 N. Franklin St., Suite 300
Doylestown, PA  18901
215-348-8133 - Phone
215-348-0428 - Fax