United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11386-elf
Robert A. LaRosa                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Jennifer              Page 1 of 2              Date Rcvd: Apr 02, 2019
                             Form ID: pdf900             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
db           +Robert A. LaRosa,    8 E. Patricia Road,    Southampton, PA 18966-2119
14283529    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    P.O.Box 982235,    El Paso, TX 79998-2235)
14286237     +BAYVIEW LOAN SERVICING, LLC,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
               701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14283530      Bank of America Home Loans,    P.O.Box 31785,    Tampa, FL 33631-3785
14297841     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14283532     +Chase,    P.O.Box 15298,    Wilmington, DE 19850-5298
14300081     +Chase Bank USA, N.A.,    c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
               Addison Texas 75001-9013
14283534      Commonwealth of Pennsylvania,    Department of Revenue,    P.O.Box 281041,
               Harrisburg, PA 17128-1041
14287495     +THE BANK OF NEW YORK MELLON,    c/o THOMAS TARLECKI,    123 South Broad Street, Suite 1400,
               Philadelphia, PA 19109-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Apr 03 2019 03:22:54     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2019 03:22:18
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2019 03:22:36     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14283531     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 03 2019 03:22:36
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables, FL 33146-1837
14283535      E-mail/Text: mrdiscen@discover.com Apr 03 2019 03:21:52     Discover Bank,   P.O.Box 30943,
               Salt Lake City, UT 84130
14290985      E-mail/Text: mrdiscen@discover.com Apr 03 2019 03:21:52     Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14283536      E-mail/Text: cio.bncmail@irs.gov Apr 03 2019 03:21:58     Internal Revenue Service,
               P.O.Box 21126,    Philadelphia, PA 19114
14283537      E-mail/Text: bncnotices@becket-lee.com Apr 03 2019 03:21:55      Kohl's,
               Capital One Bank, N.A.,    P.O.Box 3043,   Milwaukee, WI 53201-3043
14283538      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 03:19:32
               Portfolio Recovery Associates, LLC,    120 Corporate Blvd, Ste 100,   Norfolk, VA 23502
14283540      E-mail/Text: jennifer.chacon@spservicing.com Apr 03 2019 03:23:21
               Select Portfolio Servicing, Inc.,    P.O.Box 65450,   Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14283533*     +Chase,   P.O.Box 15298,   Wilmington, DE 19850-5298
14283539*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    120 Corporate Blvd, Ste 100,
               Norfolk, VA 23502)
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Jennifer              Page 2 of 2              Date Rcvd: Apr 02, 2019
                              Form ID: pdf900             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF
               THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Robert A. LaRosa jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ROBERT A. LAROSA, | : | |
| Debtor | : | Bky. No.  19-11386 ELF |

## O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: April 2, 2019**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**