**Fill in this information to identify the case:**

Debtor 1    Robert A LaRosa

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN  DISTRICT OF PENNSYLVANIA

Case number    19-11386

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** The Bank of New York Mellon Fka The Bank Of New York  Successor Indenture Trustee To Jpmorgan Chase Bank, N.A., As Indenture Trustee On Behalf Of The Noteholders Of The Cwheq Inc., Cwheq Revolving Home Equity Loan Trust, Series 2005-H

**Court claim no**. (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice    05/25/2019

**Last 4 digits** of any number you use to identify the debtor's account:    1481

**New total payment:**    $ 1,840.85
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment:   $ _____    New escrow payment:   $ _____

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate:    _____ %              New interest rate:    _____ %
   Current principal and interest payment: $ _____    New principal and interest payment:  $ _____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)
       Reason for change:  NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

   _____

   Current mortgage payment: $ 1,873.12              New mortgage payment:  $ 1,840.85

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

| Debtor 1 | Robert A LaRosa | Case number (*if known*) 19-11386 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca L. Simon        Date 05/01/2019
Signature

Print: Rebecca L. Simon         Title AVP; Bankruptcy Specialist II

Company: Bank of America

Address: 4161 PIEDMONT PKWY
Number      Street

Greensboro, NC  27410
City          State    ZIP Code

Contact phone (336) 854-6425      Email rebecca.l.simon@bankofamerica.com

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA ( PHILADELPHIA DIVISION)

Chapter: 13  No. 19-11386

In re:  Judge: ERIC L. FRANK

Robert A LaRosa

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 05/01/2019, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:   Robert A LaRosa
          8 E Patricia Rd
          Southampton, PA 18966-2119


Debtor's    JEFFREY C. MCCULLOUGH
Attorney:   16 N Franklin St Ste 300
            Doylestown, PA 18901-3556


Trustee:   WILLIAM C. MILLER, ESQ.
           PO Box 1229
           Philadelphia, PA 19105-1229


/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com