# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-11386-ELF

ROBERT A LAROSA

8 E. PATRICIA ROAD

SOUTHAMPTON, PA 18966

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBERT A LAROSA

    8 E. PATRICIA ROAD

    SOUTHAMPTON, PA 18966

Counsel for debtor(s), by electronic notice only.

    JEFFREY C MCCULLOUGH
    16 N FRANKLIN ST
    SUITE 300
    DOYLESTOWN, PA 18901

                                            /S/ William C. Miller

Date: 5/30/2019                                    _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee