IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT A. LaROSA | : | |
| Debtor | : | BANKRUPTCY NO. 19-11386 elf |

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this 22nd day of August, 2019, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

**ORDERED**, that said application is approved, and it is

**FURTHER ORDERED** that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $5000.00 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation which sum of $2090.00 has already been paid as a pre-petition retainer.

The balance of the fee of $2910.00 is to be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**