United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11386-elf
Robert A. LaRosa                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: TashaD              Page 1 of 1            Date Rcvd: Aug 23, 2019
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
db             +Robert A. LaRosa,    8 E. Patricia Road,    Southampton, PA 18966-2119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Successor Indenture Trustee to JPMorgan Chase Bank, N.A., as Indenture Trustee for the
               CWHEQ Revolving Home Equity Loan Trust, Series 2005-H ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW M. LUBIN    on behalf of Creditor    ABS REO Trust VI alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE
               NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF
               THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Robert A. LaRosa jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT A. LaROSA | : | |
| Debtor | : | BANKRUPTCY NO. 19-11386 elf |

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this 22nd day of August, 2019, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

**ORDERED**, that said application is approved, and it is

**FURTHER ORDERED** that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $5000.00 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation which sum of $2090.00 has already been paid as a pre-petition retainer.

The balance of the fee of $2910.00 is to be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE