## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Robert A. LaRosa,<br>        Debtor(s) | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for ABS REO Trust VI,<br>        Movant, | Case No. 19-11386-elf |
| Robert A. LaRosa,<br>        Debtor(s) / Respondent(s), | |
| and<br>William C. Miller, Esq.,<br>        Trustee / Respondent | |

## PRAECIPE TO WITHDRAW

NOW COMES, Select Portfolio Servicing, Inc. as servicing agent for ABS REO Trust VI, by and through the undersigned counsel, and hereby withdraws the Motion for Relief from Automatic Stay (document number 39). Said Motion is being withdrawn without prejudice.

Respectfully submitted,<br>
MILSTEAD & ASSOCIATES, LLC

DATED: October 25, 2019

  /s/Andrew M. Lubin<br>
Andrew M. Lubin, Esquire<br>
alubin@milsteadlaw.com<br>
Attorney ID No. 54297<br>
1 E. Stow Road<br>
Marlton, NJ 08053<br>
(856) 482-1400<br>
Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Robert A. LaRosa,<br>        Debtor(s) | Bankruptcy No. 19-11386-elf<br>Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for ABS REO Trust VI,<br>        Movant,<br><br>Robert A. LaRosa,<br>        Debtor(s) / Respondent(s),<br><br>and<br>William C. Miller, Esq.,<br>        Trustee / Respondent. | |

## CERTIFICATION OF SERVICE

Andrew M. Lubin, Esquire counsel for Select Portfolio Servicing, Inc. as servicing agent for ABS REO Trust VI, hereby certifies that a copy of the Praecipe to Withdraw was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on October 25, 2019, addressed as follows:

| | |
|---|---|
| William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>*via electronic transmission and regular mail* | Jeffrey C. McCullough<br>Bond & McCullough<br>16 N. Franklin Street<br>Suite 300<br>Doylestown, PA 18901<br>*via electronic transmission and regular mail* |
| Robert A. LaRosa<br>8 E. Patricia Road<br>Southampton, PA 18966<br>*via regular mail* | |

MILSTEAD & ASSOCIATES, LLC

DATED: October 25, 2019

By: /s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. 54297
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant