UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :          CHAPTER 13
    ROBERT A. LaROSA            :
                  Debtor :       NO.  19-11386 elf

### CERTIFICATE OF NO RESPONSE

    I, Jeffrey C. McCullough, attorney for Debtor, hereby certify that No Answer and/or

Objection, or other responsive pleading or request for a hearing has been filed by any party on or

before the last filing date of June 7, 2020, regarding the Debtor's Motion to Modify Confirmed

Chapter 13 Plan By Way Of Extension Pursuant To 11 U.S.C. 1329(D).


                                             /s/Jeffrey C. McCullough
                                          Jeffrey C. McCullough, Esquire
                                          Attorney for Debtor
                                          16 N. Franklin St., Suite 300
                                          Doylestown, PA  18901
                                          215-348-8133 - Phone
                                          215-348-0428 - Fax