IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 13
ROBERT A. LaROSA                      :
                          Debtor      : NO. 19-11386 elf

### CERTIFICATION OF NO OBJECTION

The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of August 13, 2020, regarding the Application for Compensation of Debtor's Counsel.

8/17/2020
Date

/s/Jeffrey C. McCullough
Jeffrey C. McCullough, Esquire
Attorney for Debtor
16 N. Franklin St., Suite 300
Doylestown, PA  18901
215-348-8133
215-348-0428 - Fax