UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ROBERT A. LaROSA :
      Debtor : NO. 19-11386 elf

### ORDER ALLOWING SUPPLEMENTAL COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this 19th day of August, 2020, upon consideration of the Application for Supplemental Compensation and Reimbursement of Expenses, it is hereby

**ORDERED** that said application is approved, and it is

FURTHER **ORDERED** that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $800.00 as supplemental compensation for professional services rendered as counsel to Debtor in connection with performance of his representation of Debtor in connection with Debtor's Motion to Modify Confirmed Chapter 13 Plan By Way Extension Pursuant to 11 U.S.C. 1329(d). Said fees may be paid as an administrative expense through Debtor's Modified Confirmed Chapter 13 Plan payments to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**