## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert A. LaRosa<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| COMMUNITY LOAN SERVICING, LLC<br>　　　　　　　　　　Movant<br>　　vs.<br>Robert A. LaRosa<br>　　　　　　　　　　Debtor(s) | NO. 19-11386 ELF |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

　　　　COMMUNITY LOAN SERVICING, LLC has filed a Motion to Approve Loan Modification with the court.

　　　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

　　　　1.　　If you do not want the court to grant the relief sought in the motion, then on or before **March 5, 2021** you or your attorney must do <u>all</u> of the following:
　　　　　　(a)　　file an answer explaining your position at:
　　　　　　　　　Robert N.C. Nix Sr. Federal Courthouse
　　　　　　　　　900 Market Street, Suite 201
　　　　　　　　　Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
　　　　　　(b)　　mail a copy to the movant's attorney:
　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　Suite 5000 - BNY Mellon Independence Center
　　　　　　　　　701 Market Street
　　　　　　　　　Philadelphia, PA 19106-1532

　　　　2.　　If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

　　　　3.　　A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank, the United States Bankruptcy Judge, in Courtroom  1 at the Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA 19107  on **March 16, 2021**, at **1:00 P.M,** or as soon thereafter as counsel can be heard, to consider the motion.

        4.       If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

        5.       You may contact the Bankruptcy Clerk's office at  to find out whether the hearing has been canceled because no one filed an answer.

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        Attorneys for Movant/Applicant
        Main Phone #: 215-627-1322

February 19, 2021

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert A. LaRosa<br>　　　　　　　　Debtor(s)<br><br>COMMUNITY LOAN SERVICING, LLC<br>　　　　　　　　Movant<br>　vs.<br>Robert A. LaRosa<br>　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 19-11386 ELF<br><br><br>11 U.S.C. Section 362 |

**CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of COMMUNITY LOAN SERVICING, LLC to Approve Loan Modification and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on February 19, 2021, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Robert A. LaRosa
8 East Patricia Road
Southampton, PA 18966

Attorney for Debtor(s)
Jeffrey C. McCullough, Esq.
16 N. Franklin Street (VIA ECF)
Suite 300
Doylestown, PA 18901

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Office of the US Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Date: February 19, 2021

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322