IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :        CHAPTER 13
    ROBERT A. LaROSA                  :
                  Debtor         :        NO. 19-11386 elf

### CERTIFICATION OF NO OBJECTION

I, Jeffrey C. McCullough, attorney for Debtor, hereby certify that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of April 12, 2021, regarding the Debtor's Motion to Modify Confirmed Chapter 13 Plan filed on March 23, 2021 as Docket Entry No. 83.

*[signature]*
Jeffrey C. McCullough, Esquire
Attorney for Debtor
16 N. Franklin St., Suite 300
Doylestown, PA  18901
215-348-8133 - phone
215-348-0428 – fax
jeffmccullough@bondmccullough.com