## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **ROBERT LAROSA,** | : | |
| **Debtor** | : | **Bky. No.  19-11386 ELF** |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #82) is **APPROVED**.


**Date:  April 28, 2021**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**