IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    ROBERT A. LaROSA | : | |
|         Debtor | : | NO. 19-11386 elf |

**CERTIFICATION OF NO OBJECTION**

     The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of May 18, 2021, regarding the Second Application for Supplemental Compensation of Debtor's Counsel.

5/19/2021                                                               /s/Jeffrey C. McCullough
Date                                                                 Jeffrey C. McCullough, Esquire
                                                                        Attorney for Debtor
                                                                        16 N. Franklin St., Suite 300
                                                                        Doylestown, PA  18901
                                                                        215-348-8133
                                                                        215-348-0428 - Fax