IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT A. LaROSA | : | |
| Debtor | : | NO. 19-11386 elf |

### ORDER ALLOWING COMPENSATION TO DEBTORS' COUNSEL

AND NOW, this 24th day of May, 2021, upon consideration of the Second Application for Supplemental Compensation and Reimbursement of Expenses, it is hereby

**ORDERED** that said application is **GRANTED**, and it is **FURTHER ORDERED** that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $800.00 as supplemental compensation for professional services rendered as counsel to Debtor in connection with performance of his representation of Debtor in connection with Debtor's Motion to Modify Confirmed Chapter 13 Plan By Way Extension Pursuant to 11 U.S.C. 1329(d) filed on March 23, 2021 as Docket Entry No. 83. Said fees may be paid as an administrative expense through Debtor's 2nd Modified Confirmed Chapter 13 Plan payments as those funds are available to the standing Chapter 13 Trustee.

_____
Eric L. Frank
U.S. Bankruptcy Judge