IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert A. LaRosa
   Debtor,

Federal Home Loan Mortgage Corporation
   Movant.
v.

Robert A. LaRosa
   Debtor/Respondent,

Kenneth E. West, Office of the Chapter 13
Standing Trustee, Trustee
   Additional Respondent.

BANKRUPTCY CASE NUMBER
19-11386

CHAPTER 13

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and

1109(b), Federal Home Loan Mortgage Corporation, requests special notice of all matters which

must be noticed to creditors, equity security holders, any creditors or other committees, and any

other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.

This request includes not only the notices and papers referred to in the Rules above, but also

includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading,

Request, Complaint, and demand, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or

otherwise.

Respectfully submitted,

Dated:  October 5, 2022                          BY:*/s/ Lorraine Gazzara Doyle*
                                                 Christopher A. DeNardo 78447
                                                 Lorraine Gazzara Doyle  34576
                                                 LOGS Legal Group LLP
                                                 3600 Horizon Drive, Suite 150
                                                 King of Prussia, PA 19406
                                                 (610) 278-6800
                                                 logsecf@logs.com

LLG File #: 22-067857

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert A. LaRosa | BANKRUPTCY CASE NUMBER |
|         Debtor, | 19-11386 |
| | |
| Federal Home Loan Mortgage Corporation | |
|         Movant. | CHAPTER 13 |
| v. | |
| | |
| Robert A. LaRosa | |
|         Debtor/Respondent, | |
| | |
| Kenneth E. West, Office of the Chapter 13 | |
| Standing Trustee, Trustee | |
|         Additional Respondent. | |

## CERTIFICATE OF SERVICE

I,  Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this  5th day of  October, 2022:

Robert A. LaRosa
8e Patricia Rd
Holland, PA 18966

Jeffrey C. McCullough
Bond & McCullough
16 N. Franklin Street
Suite 300
Doylestown, PA 18901
jeffmccullough@bondmccullough.com - VIA ECF

Kenneth E. West
Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com