United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-11386-pmm

Robert A. LaRosa                                               Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                 User: admin                              Page 1 of 3
Date Rcvd: Dec 11, 2024              Form ID: 138OBJ                     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert A. LaRosa, 8 E. Patricia Road, Southampton, PA 18966-2119 |
| 14286237 | + | BAYVIEW LOAN SERVICING, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14324291 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 14283534 | | Commonwealth of Pennsylvania, Department of Revenue, P.O.Box 281041, Harrisburg, PA 17128-1041 |
| 14355129 | + | Jeffrey C. McCullough, Esquire, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14720274 | + | Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14287495 | + | THE BANK OF NEW YORK MELLON, c/o THOMAS TARLECKI, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 12 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14873138 | + | Email/Text: RASEBN@raslg.com | Dec 12 2024 00:02:00 | ABS Loan Trust VI, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14873489 | + | Email/Text: RASEBN@raslg.com | Dec 12 2024 00:02:00 | ABS Loan Trust VI, c/o MICHELLE L. MCGOWAN, Robertson, Anschutz, Schneid, Crane &, Partners PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14738279 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 12 2024 00:02:00 | ABS Loan Trust VI, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14325629 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 12 2024 00:02:00 | ABS REO Trust VI, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14283529 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 12 2024 00:02:00 | Bank of America, P.O.Box 982235, El Paso, TX 79998-2235 |
| 14283530 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 12 2024 00:02:00 | Bank of America Home Loans, P.O.Box 31785, Tampa, FL 33631-3785 |
| 14297841 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 12 2024 00:02:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14283531 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 12 2024 00:02:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

| 14324873 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2024 00:28:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
|---|---|---|---|---|
| 14300081 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 12 2024 00:02:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14553024 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2024 00:02:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14283535 | | Email/Text: mrdiscen@discover.com | Dec 12 2024 00:02:00 | Discover Bank, P.O.Box 30943, Salt Lake City, UT 84130 |
| 14290985 | | Email/Text: mrdiscen@discover.com | Dec 12 2024 00:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14726720 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 12 2024 00:02:00 | Federal Home Loan Mortgage Corporation, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |
| 14725840 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 12 2024 00:02:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14283536 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 12 2024 00:02:00 | Internal Revenue Service, P.O.Box 21126, Philadelphia, PA 19114 |
| 14283532 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2024 00:15:31 | Chase, P.O.Box 15298, Wilmington, DE 19850 |
| 14283537 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2024 00:02:00 | Kohl's, Capital One Bank, N.A., P.O.Box 3043, Milwaukee, WI 53201-3043 |
| 14283538 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2024 00:15:34 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 14322636 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2024 00:15:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14301216 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14283540 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 12 2024 00:02:00 | Select Portfolio Servicing, Inc., P.O.Box 65450, Salt Lake City, UT 84165-0450 |
| 14723750 | ^ | MEBN | Dec 11 2024 23:54:21 | Select Portfolio Servicing, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14325260 | *+ | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14283533 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.O.Box 15298, Wilmington, DE 19850 |
| 14283539 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 14726820 | ##+ | Federal Home Loan Mortgage Corporation, c/o LORRAINE GAZZARA DOYLE, Logs Legal Group, LLP, 3600 Horizon Blvd, Ste 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 11, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2024                    Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ALEXANDRA T. GARCIA | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Successor Indenture Trustee to JPMorgan Chase Bank  N.A., as Indenture Trustee for the CWHEQ Revolving Home Equity Loan Trust, Series 2005-H ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| BERNADETTE IRACE | on behalf of Creditor ABS Loan Trust VI birace@moodklaw.com  bkecf@milsteadlaw.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Federal Home Loan Mortgage Corporation logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor SElect Portfolio Servicing  Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Robert A. LaRosa jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Federal Home Loan Mortgage Corporation mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor ABS Loan Trust VI mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor ABS Loan Trust VI rshearer@raslg.com |
| ROGER FAY | on behalf of Creditor ABS Loan Trust VI rfay@alaw.net  bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor ABS REO Trust VI rfay@alaw.net  bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 17

*Form 138OBJ* (6/24)–doc 120 – 116

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Robert A. LaRosa | ) | Case No. 19–11386–pmm |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 11, 2024

For The Court

Timothy B. McGrath
Clerk of Court