United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 19-11386-pmm

Robert A. LaRosa                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

**Recip ID**              **Recipient Name and Address**
db                  +  Robert A. LaRosa, 8 E. Patricia Road, Southampton, PA 18966-2119

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Successor Indenture Trustee to JPMorgan Chase Bank  N.A., as Indenture Trustee for the CWHEQ Revolving Home Equity Loan Trust, Series 2005-H ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| BERNADETTE IRACE | on behalf of Creditor ABS Loan Trust VI birace@moodklaw.com  bkecf@milsteadlaw.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Federal Home Loan Mortgage Corporation logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 11, 2024 | Form ID: 234 | Total Noticed: 1

DENISE ELIZABETH CARLON
on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor SElect Portfolio Servicing  Inc. bkgroup@kmllawgroup.com

FRANCIS THOMAS TARLECKI
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE
TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF
THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

JEFFREY C. MCCULLOUGH
on behalf of Debtor Robert A. LaRosa jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MARISA MYERS COHEN
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE
TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF
THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHELLE L. MCGOWAN
on behalf of Creditor Federal Home Loan Mortgage Corporation mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor ABS Loan Trust VI mimcgowan@raslg.com

ROBERT BRIAN SHEARER
on behalf of Creditor ABS Loan Trust VI rshearer@raslg.com

ROGER FAY
on behalf of Creditor ABS REO Trust VI rfay@alaw.net  bkecf@milsteadlaw.com

ROGER FAY
on behalf of Creditor ABS Loan Trust VI rfay@alaw.net  bkecf@milsteadlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 17

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Robert A. LaRosa
                Debtor(s)

Case No: 19−11386−pmm

Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 12/11/24

116
Form 234