United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11386-pmm |
| Robert A. LaRosa | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert A. LaRosa, 8 E. Patricia Road, Southampton, PA 18966-2119 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 22, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Successor Indenture Trustee to JPMorgan Chase Bank  N.A., as Indenture Trustee for the CWHEQ Revolving Home Equity Loan Trust, Series 2005-H ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW M. LUBIN | on behalf of Creditor BANK OF AMERICA  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| BERNADETTE IRACE | on behalf of Creditor ABS Loan Trust VI birace@moodklaw.com  bkecf@milsteadlaw.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Federal Home Loan Mortgage Corporation logsecf@logs.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: 195 | Total Noticed: 1 |

DENISE ELIZABETH CARLON
    on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor SElect Portfolio Servicing  Inc. bkgroup@kmllawgroup.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

JEFFREY C. MCCULLOUGH
    on behalf of Debtor Robert A. LaRosa jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Federal Home Loan Mortgage Corporation mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor ABS Loan Trust VI mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor ABS Loan Trust VI rshearer@raslg.com

ROGER FAY
    on behalf of Creditor ABS REO Trust VI rfay@alaw.net  bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor ABS Loan Trust VI rfay@alaw.net  bkecf@milsteadlaw.com

SHERRI DICKS
    on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION sdicks@raslg.com  shrdlaw@outlook.com

SHERRI DICKS
    on behalf of Creditor ABS Loan Trust VI sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Robert A. LaRosa  : Case No. 19−11386−pmm

    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , February 19, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

Form 195